```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 07371
   DIMITRI P COFFEY
   CHERYL D COFFEY                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-9576    SSN XXX-XX-7823

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 06/22/2006 and was confirmed 09/21/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
-------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE   SECURED          13216.84     1126.26       2451.16
WELLS FARGO AUTO FINANCE   UNSECURED       NOT FILED         .00           .00
ALLIANCE ONE               UNSECURED       NOT FILED         .00           .00
AMERICAN DEBT COLLECTION   UNSECURED       NOT FILED         .00           .00
ARIZONA MILA ORDER CO      UNSECURED       NOT FILED         .00           .00
ARMOR SYSTEMS CORP         UNSECURED       NOT FILED         .00           .00
ASSET ACCEPTANCE LLC       UNSECURED           228.90         .00           .00
CAPITAL ONE                UNSECURED           409.94         .00           .00
CITY OF CHICAGO PARKING    UNSECURED          1635.00         .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          1156.23         .00           .00
COOK COUNTY STATES ATTOR   UNSECURED       NOT FILED         .00           .00
FIGIS INC                  UNSECURED            65.60         .00           .00
FIRST PREMIER BANK         UNSECURED       NOT FILED         .00           .00
FREDRICK D KELLY           UNSECURED       NOT FILED         .00           .00
FSB FINANCIAL              UNSECURED       NOT FILED         .00           .00
HARRIS & HARRIS            UNSECURED       NOT FILED         .00           .00
I C COLLECTION SERVICE     UNSECURED       NOT FILED         .00           .00
LINEGARGER GOGGAN BLAIR    UNSECURED       NOT FILED         .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED         .00           .00
NICOR GAS                  UNSECURED          1943.63         .00           .00
NICOR GAS                  UNSECURED       NOT FILED         .00           .00
ORCHARD BANKCARD SERVICE   UNSECURED       NOT FILED         .00           .00
PARAGON WAY INC            UNSECURED          3145.87         .00           .00
RCN                        UNSECURED       NOT FILED         .00           .00
REGIONAL ACCEPTANCE CORP   UNSECURED          1534.07         .00           .00
REGIONAL ACCEPTANCE CORP   UNSECURED       NOT FILED         .00           .00
SOCIAL SECURITY ADMINIST   UNSECURED       NOT FILED         .00           .00
UNIV FIDELITY              UNSECURED       NOT FILED         .00           .00
USA CREDIT                 UNSECURED       NOT FILED         .00           .00
BETSY MARIE TYLER          NOTICE ONLY    NOT FILED         .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,424.00                   2,408.72
TOM VAUGHN                 TRUSTEE                                       373.86

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 07371 DIMITRI P COFFEY & CHERYL D COFFEY
```

```
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                6,360.00

PRIORITY                                           .00
SECURED                                       2,451.16
     INTEREST                                 1,126.26
UNSECURED                                          .00
ADMINISTRATIVE                                2,408.72
TRUSTEE COMPENSATION                            373.86
DEBTOR REFUND                                      .00
                       ---------------       ---------------
TOTALS                 6,360.00               6,360.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 04/23/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 06 B 07371 DIMITRI P COFFEY & CHERYL D COFFEY